IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT, IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO.: CACE-22-006885

GREGORY JOHNSON,

    Plaintiff,

v.

COHEN DANIA BEACH HOTEL LLC,
d/b/a LE MERIDIEN DANIA BEACH
AT FORT LAUDERDALE AIRPORT,
And DOUGLAS HOPE

    Defendant,
_____/

## NOTICE OF FILING NOTICE OF REMOVAL

Please take notice that Defendant, COHEN DANIA BEACH HOTEL LLC, d/b/a LE MERIDIEN DANIA BEACH AT FORT LAUDERDALE AIRPORT, And DOUGLAS HOPEhas filed with the Clerk of United States District Court for the Southern District of Florida, a Notice of Removal, a copy of which is attached hereto and that this action is hereby removed to the United States District Court for the Southern District of Florida.  This Court is respectfully requested to proceed no further in this action unless and until such time as the action may be remanded by Order of the United States District Court, Southern District of Florida.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 16, 2022, I electronically filed and served the foregoing via the Florida Courts E-Filing Portal, Electronic Filing to the following Ryan M. Wechsler Long, Jean & Wechsler, P.A., 1937 East Atlantic Boulevard, Suite 205, Pompano Beach, FL 33060. ryan@ljwlegal.com:

    MARSHALL DENNEHEY WARNER
    COLEMAN & GOGGIN
    Attorneys for Defendant
    2400 East Commercial Blvd, Suite 1100
    Fort Lauderdale, FL 33308

Telephone:(954) 847-4920Ca
Facsimile:(954) 627-6640
Primary Emails: JMNetska@mdwcg.com
Secondary Email:ACNash@mdwcg.com

/s/ Jennifer M. Netska
JENNIFER M. NETSKA ESQ.
FLORIDA BAR NO.  1024089
ALAN NASH. ESQ.,
FLORIDA BAR NO. 0051267