

| |

Menu ☰

The Clerk's Office will be closed on Monday, June 20th, in observence of Juneteenth

 Notice – Due to scheduled system maintenance, all online services will be intermittently unavailable on Wednesday, September 15, 2021 between the hours of 5:30 pm and 8:30 pm

**Is your court hearing being held via Zoom? Learn more about Remote Court Hearings by Zoom (/GeneralInformation/Miscellaneous#RemoteHearingsbyZoom)**

# Case Detail - Public

 Print

**Gregory Johnson Plaintiff vs. Cohen Dania Beach At Fort Lauderdale Airport , et al Defendant**

**Broward County Case Number:** CACE22006885
**State Reporting Number:** 062022CA006885AXXXCE
**Court Type:** Civil
**Case Type:** Neg - Premises Liability Commercial
**Incident Date:** N/A
**Filing Date:** 05/11/2022
**Court Location:** Central Courthouse
**Case Status:** Pending
**Magistrate Id / Name:** N/A
**Judge ID / Name:** 02 Bowman, John B.

−   Party(ies)  Total: 3



| Party Type | Party Name |  Address |  Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|

| Party Type | Party Name | ❓ Address | ❓ Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Plaintiff | **Johnson, Gregory** | | ★ Wechsler, Ryan M., ESQ. Retained<br>Bar ID: 114795<br>Long, Jean & Wechsler PA<br>1937 E Atlantic Blvd, #205<br>Pompano Beach, FL 33060<br>**Status: Active** |
| Defendant | **Cohen Dania Beach At Fort Lauderdale Airport** | | ★ Netska, Jennifer Marie Retained<br>Bar ID: 1024089<br>Ms. Jennifer Marie Netska<br>2400 E Commercial Blvd Ste 1100<br>Fort Lauderdale, FL 33308-4044<br>**Status: Active** |
| Defendant | **Hope, Douglas** | | ★ Netska, Jennifer Marie Retained<br>Bar ID: 1024089<br>Ms. Jennifer Marie Netska<br>2400 E Commercial Blvd Ste 1100<br>Fort Lauderdale, FL 33308-4044<br>**Status: Active** |

## ➖ Disposition(s)   Total: 0

| Date | Statistical Closure(s) | | |
|---|---|---|---|
| Date | Disposition(s) | View | Page(s) |

## ➖ Event(s) & Document(s)   Total: 16

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 06/03/2022 | **Amended Answer** | AND AFFIRMATIVE DEFENSES AS OF RIGHT<br>Party: *Defendant* Cohen Dania Beach At Fort Lauderdale Airport | 📄 | 5 |
| 06/02/2022 | **Request for Production** | | 📄 | 4 |
| 06/02/2022 | **Interrogatories & Notice of Filing** | | 📄 | 9 |
| 06/02/2022 | **Notice of Service of Interrogs** | | 📄 | 5 |
| 06/02/2022 | **Request for Admissions** | | 📄 | 3 |
| 06/02/2022 | **Notice of Appearance** | Party: *Defendant* Cohen Dania Beach At Fort Lauderdale Airport *Defendant* Hope, Douglas | 📄 | 2 |
| 06/02/2022 | **Answer to Affirmative Defenses** | and Demand for Jury Trial as follows | 📄 | 5 |
| 06/02/2022 | **Request for Admissions** | | 📄 | 2 |
| 05/26/2022 | **Summons Returned Served** | 17th day of May, 2022<br>Party: *Defendant* Cohen Dania Beach At Fort Lauderdale Airport | 📄 | 1 |
| 05/13/2022 | **Clerk's Certificate of Compliance W-2020-73CIV/2020-74-UFC** | None | 📄 | 1 |
| 05/11/2022 | **Per AOSC20-23 Amd12, Case is determined General** | | | |
| 05/11/2022 | **Civil Cover Sheet** | Amount: $30,001.00 | 📄 | 3 |
| 05/11/2022 | **Complaint (eFiled)** | Party: *Plaintiff* Johnson, Gregory | 📄 | 5 |

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 05/11/2022 | **Request for Production** | Party: *Plaintiff* Johnson, Gregory | 📄 | 4 |
| 05/11/2022 | **Notice of Service of Interrogs** | Party: *Plaintiff* Johnson, Gregory | 📄 | 7 |
| 05/11/2022 | **eSummons Issuance** | Party: *Defendant* Cohen Dania Beach At Fort Lauderdale Airport | 📄 | 2 |

− Hearing(s)    Total: 0

**There is no Disposition information available for this case.**

− Related Case(s)    Total: 0

**There is no related case information available for this case.**

# Brenda D. Forman

## Clerk of Court

Broward County
17th Judicial Circuit

MORE ABOUT THE CLERK (/ABOUTUS/ABOUTTHEOFFICE#ABOUTTHECLERK)   >

 (https://www.facebook.com/browardclerkofcourts/)

# Connect with Us

COURTHOUSE LOCATIONS (/ABOUTUS/HOURSANDLOCATIONS#COURTHOUSELOCATIONS)   >

CONTACT US (/ABOUTUS/ABOUTTHEOFFICE#CONTACTUS)   >

DISCLAIMER AGREEMENT (/GENERALINFORMATION/MISCELLANEOUS#DISCLAIMERAGREEMENT) >

CLERK DIRECTORY (/ABOUTUS/HOURSANDLOCATIONS#CLERKDIRECTORY) >

TELL US WHAT YOU THINK (/MISCELLANEOUS/CLERKSURVEYS) >

## Accessibility & Support

ADA NOTICE (/GENERALINFORMATION/MISCELLANEOUS#ADA) ♿

PRINT 🖨

FREQUENTLY ASKED QUESTIONS (HTTPS://WWW.BROWARDCLERK.ORG//WEB2/CASESEARCHECA/FREQUENTQUESTIONS/)

GLOSSARY OF TERMS (HTTPS://WWW.BROWARDCLERK.ORG//WEB2/CASESEARCHECA/GLOSSARY/) »

## Main Courthouse Location

201 SE 6th Street

Fort Lauderdale
Florida, US 33301
Phone: (954) 831-6565

PUBLIC RECORDS CUSTODIAN (/GENERALINFORMATION/MISCELLANEOUS#PUBLICRECORDSCUSTODIAN) >
*PURSUANT TO 119.12(2), F.S.*

PUBLIC ACCESS TO JUDICIAL RECORDS (/GENERALINFORMATION/MISCELLANEOUS#JUDICIALRECORDRULE) >
*PURSUANT TO RULE 2.420*

Under Florida law, email addresses are public records. If you do not want your email address released in response to a public records request, do not send electronic mail to this entity.

Instead, contact this office by phone or in writing.

© 2022 - All rights reserved