IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT, IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO.: CACE-22-006885

GREGORY JOHNSON,

    Plaintiff,

v.

COHEN DANIA BEACH HOTEL LLC,
d/b/a LE MERIDIEN DANIA BEACH
AT FORT LAUDERDALE AIRPORT,
And DOUGLAS HOPE

    Defendant,
_____/

## NOTICE OF APPEARANCE

**YOU ARE HEREBY NOTIFIED** that undersigned counsel files this notice of appearance as counsel for Defendant, **COHEN DANIA BEACH HOTEL LLC, d/b/a LE MERIDIEN DANIA BEACH AT FORT LAUDERDALE AIRPORT, And DOUGLAS HOPE**, in the above styled matter. Undersigned counsel designates the following electronic mail addresses for service of court documents:

    *Primary email:*     ACNash@mdwcg.com; JMNetska@mdwcg.com

    *Secondary email:*     ANJones@mdwcg.com;

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 2, 2022, I electronically filed and served the foregoing via the Florida Courts E-Filing Portal, Electronic Filing to the following Ryan M. Wechsler Long, Jean & Wechsler, P.A., 1937 East Atlantic Boulevard, Suite 205, Pompano Beach, FL 33060. ryan@ljwlegal.com:

    MARSHALL DENNEHEY WARNER
    COLEMAN & GOGGIN
    Attorneys for Defendant
    2400 East Commercial Blvd, Suite 1100
    Fort Lauderdale, FL 33308

Telephone:(954) 847-4920Ca
Facsimile:(954) 627-6640
Primary Emails: JMNetska@mdwcg.com
Secondary Email:ACNash@mdwcg.com

/s/ Jennifer M. Netska
JENNIFER M. NETSKA ESQ.
FLORIDA BAR NO.  1024089
ALAN NASH. ESQ.,
FLORIDA BAR NO. 0051267